AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00567 |
| GEORGY KAKHOVICH KAVZHARADZE | ) Assigned to: Judge Faruqui, Zia M. |
| a/k/a "TeRorPP," | ) Assign Date: 8/19/2021 |
| a/k/a "Torqovec," | ) Description: COMPLAINT W/ ARREST WARRANT |
| a/k/a "PlutuSS," | ) |
| a/k/a "Георгий Кахович Кавжарадзе" | ) |
| DOB: XX/XX/XXXX | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 2015 through May 2021, including May 27, 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1343 | Wire Fraud |
| 18 U.S.C. §1344 | Bank Fraud |
| 18 U.S.C. §1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Christopher M. Rizzo, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  08/19/2021                                                      _____
Judge's signature

City and state:  Washington, DC                           Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title