Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   21-531

GEORGY KAKHOVICH KAVZHARADZE   Category   B

**SEALED**

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  11/29/2021  from  Judge Colleen Kollar-Kotelly  to  Calendar Committee  by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:   Judge Colleen Kollar-Kotelly   & Courtroom Deputy
      Calendar Committee
      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk