UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-531 |
| | : | |
| GEORGY KAVZHARADZE, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Christine M. Macey, who may be contacted by telephone at (202) 252-7058 or e-mail at Christine.Macey@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

_____/s/ *Christine M. Macey*_____
CHRISTINE M. MACEY
Assistant United States Attorney
United States Attorney's Office
601 D St., NW
Washington, DC  20530
Telephone: (202) 252-7058
Email: Christine.Macey@usdoj.gov