Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   21-531

GEORGY KAKHOVICH KAVZHARADZE   Category   B

**SEALED**

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 5/17/2022 from Calendar Committee to Judge Colleen Kollar-Kotelly by direction of the Calendar Committee.

(Defendant is No Longer a Fugitive)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Colleen Kollar-Kotelly   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk