AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM 11:3
RECEIVED AUG 25 '21

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00531 |
| GEORGY KAKHOVICH KAVZHARADZE | ) Assigned to: Judge Kollar-Kotelly, Colleen |
| a/k/a "TeRorPP," | ) Assign Date: 8/24/2021 |
| a/k/a "Torqovec," | ) Description: INDICTMENT (B) |
| a/k/a "PlutuSS," | ) |
| a/k/a "George Kakhovich Kavzharadze" | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Georgy Kakhovich Kavzharadze, a/k/a "TeRorPP," a/k/a "Torqovec," a/k/a "PlutuSS," a/k/a "George Kakhovich Kavzharadze"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1344(2) (Bank Fraud), 18 U.S.C. § 1029(a)(2) (Access Device Fraud), 18 U.S.C. § 1029(a)(3) (Access Device Fraud), 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft), 18 U.S.C. § 2 (Aiding and Abetting)

Date: 08/24/2021

Robin M. Meriweather
2021.08.24 19:21:39
-04'00'

*Issuing officer's signature*

City and state: Washington, DC

Honorable Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/25/2021, and the person was arrested on *(date)* 05/18/2022
at *(city and state)* Washington, DC.

Date: 05/18/2022

*Arresting officer's signature*

Justin Trotman, DUSM
*Printed name and title*