UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-531 |
| | : | |
| GEORGY KAVZHARADZE, | : | |
| Defendant. | : | |

NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now also assigned to Special Assistant United States Attorney Joseph A. Misher, who may be contacted by telephone at (202) 658-8806 or (202) 412-2862, as well as via e-mail at JMisher@usa.doj.gov. This is notice of their appearance in this matter on behalf of the United States. Any other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

 /s/ Joseph A. Misher
Joseph A. Misher
Special Assistant United States Attorney
D.C. Bar No. 1619739
601 D Street NW
Washington, DC 20530
(202) 658-8806
JMisher@usa.doj.gov