# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 21-CR-531 (CKK) |
| GEORGY KAKHOVICH KAVZHARADZE ) | |
| ) | Judge Kollar-Kotelly |
| Defendant. ) | |

## NOTICE OF FILING

The defendant requests that the attached signed Notice to Consular Offices – Mandatory Notification Nation, dated June 6, 2022, be made part of the record in this case.

Respectfully submitted,

GEORGY KAKHOVICH KAVZHARADZE
By Counsel

   /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Georgy Kavzharadze
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

1

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 13th day of June, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Georgy Kavzharadze
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com