# ENGLISH

### *Statement 1:*
## For All Foreign Nationals Except Those from "Mandatory Notification" Countries

As a non-U.S. citizen who is being arrested or detained, you may request that we notify your country's consular officers here in the United States of your situation. You may also communicate with your consular officers. A consular officer may be able to help you obtain legal representation, and may contact your family and visit you in detention, among other things. If you want us to notify your consular officers, you can request this notification now, or at any time in the future. Do you want us to notify your consular officers at this time?

YES                     NO

Printed Name: _____          Witness: _____

Signature: _____          Date: _____

### *Statement 2:*
## For Foreign Nationals from "Mandatory Notification" Countries

Because of your nationality, we are required to notify your country's consular officers here in the United States that you have been arrested or detained. We will do this as soon as possible. In addition, you may communicate with your consular officers. You are not required to accept their assistance, but your consular officers may be able to help you obtain legal representation, and may contact your family and visit you in detention, among other things. Please sign to show that you have received this information.

Printed Name: *Kavzhanadze Georgy*          Witness: _____

Signature: _____          Date: *06/06/2022*

# RUSSIAN

### *Statement 1:*
### For All Foreign Nationals Except Those from "Mandatory Notification" Countries

В случае ареста или задержания Вы, не будучи гражданином США, вправе потребовать, чтобы мы уведомили представителей Вашего консульства в Соединённых Штатах о Вашей ситуации. Вы также имеете право находиться в контакте с представителями Вашего консульства. Сотрудник Вашего консульства может оказать Вам содействие в найме адвоката или юрисконсульта, связаться с Вашей семьёй, посетить Вас в месте задержания и т.п. Если Вы желаете, чтобы мы уведомили представителей Вашего консульства, с требованием об этом можно обратиться сейчас или в любое время в дальнейшем. Хотите ли Вы, чтобы мы уведомили представителей Вашего консульства сейчас?

Да (YES)          Нет (NO)

Имя/фамилия: _____       Свидетель: _____
Printed Name                                Witness

Подпись: _____            Дата: _____
Signature                                   Date

### *Statement 2:*
### For Foreign Nationals from "Mandatory Notification" Countries

В связи с Вашим гражданством, мы обязаны уведомить консульское учреждение Вашего государства в Соединённых Штатах о том, что Вы арестованы или задержаны. Это будет сделано при первой возможности. Вы также имеете право находиться в контакте с представителями Вашего консульства. Вы не обязаны принимать помощь от представителя консульства, но он может оказать Вам содействие в найме адвоката или юрисконсульта, связаться с Вашей семьёй, посетить Вас в месте задержания и т.п. Ваша подпись засвидетельствует то, что настоящая информация была Вами получена.

Имя/фамилия: *Кавтарадзе Георгий*        Свидетель: _____
Printed Name                              Witness

Подпись: _____                    Дата: *06/06/2022*
Signature                                 Date

94