UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-531 (CKK) |
| v. : | |
| : | |
| GEORGY KAKHOVICH KAVZHARADZE, : | |
| a/k/a "TeRorPP," : | |
| a/k/a "Torqovec," : | |
| a/k/a "PlutuSS," : | |
| a/k/a "George Kakhovich Kavzharadze," : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ *Christine M. Macey*
CHRISTINE M. MACEY
Assistant United States Attorney
D.C. Bar No. 1010730
Fraud, Public Corruption, and Civil Rights Section
601 D Street, N.W., Room 5-1519
Washington, D.C. 20530
(202) 252-7058
Christine.Macey@usdoj.gov

Dated:   July 8, 2022