IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 21-CR-531 (CKK) |
| GEORGY KAKHOVICH KAVZHARADZE ) | |
| ) | Judge Kollar-Kotelly |
| Defendant. ) | |

**UNOPPOSED MOTION FOR CRIMINAL HISTORY REPORT**

COMES NOW Georgy Kavzharadze, through counsel, and respectfully requests for an order directing Court Services and Offender Supervision Agency (CSOSA) to prepare a criminal history report under the United States Sentencing Guidelines in the present matter. As reasons therefor defendant states as follows:

1. Undersigned counsel entered his appearance in this matter pursuant to the Criminal Justice Act on May 18, 2022.

2. At this time, the parties are in the process of preparing a plea and in plea negotiations.

3. It would be helpful for both parties during plea negotiations if Mr. Kavzharadze's criminal history score under the United States Sentencing Guidelines is calculated by CSOSA and provided to the parties as soon as it is available.

1

4.   Undersigned counsel has communicated with AUSA Christine Macey, who has indicated the government does not oppose this motion.

WHEREFORE defendant prays that this court issue an order directing CSOSA to prepare a criminal history score calculation of defendant Georgy Kavzharadze.

Respectfully submitted,

GEORGY KAKHOVICH KAVZHARADZE
By Counsel

   /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Georgy Kavzharadze
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 10th day of August, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

　　/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Georgy Kavzharadze
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com