IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **21-CR-531 (CKK)** |
| **GEORGY KAKHOVICH KAVZHARADZE** ) | |
| ) | **Judge Kollar-Kotelly** |
| **Defendant.** ) | |

### ORDER

Upon consideration of the Unopposed Motion for Sentencing Guideline Report filed by Defendant Terron Barnes, and good cause having been shown, and there being no opposition from the government; it is therefore on this _____ day of August, 2022,

ORDERED that the Unopposed Motion for Sentencing Guideline Report is hereby GRANTED; it is also

ORDERED that the Court Services and Offender Supervision Agency (CSOSA) shall prepare a criminal history report under the United States Sentencing Guidelines of Defendant Georgy Kakhovich Kavzharadze; it is also

ORDERED that CSOSA shall provide the criminal history calculation to the parties by _____, 2022.

SO ORDERED.

_____
Judge Colleen Kollar-Kotelly
United States District Court