## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>       v.<br>GEORGY KAKHOVICH KAVZHARADZE,<br>       Defendant | Criminal Action No. 21-531 (CKK) |

**ORDER**
(August 10, 2022)

It is this 10th day of August, 2022, **ORDERED** that the Court hereby directs the Probation Office to prepare the *criminal history calculation* of the Advisory Sentencing Guidelines for inclusion in a pre-plea report to be provided to the Court by **October 10, 2022**, prior to the Status Hearing scheduled for **October 17, 2022**.

Once the *criminal history calculation* for a pre-plea report in this case is completed it is to be shared with government's counsel and defense counsel, as well as with the Court.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge