IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGY KAKHOVICH KAVZHARADZE,<br>a/k/a "TeRorPP,"<br>a/k/a "Torqovec,"<br>a/k/a "PlutuSS,"<br>a/k/a "George Kakhovich Kavzharadze,"<br><br>*Defendant.* | Case No. 21-CR-531 (CKK) |

**THE UNITED STATES' APPLICATION TO DESIGNATE A
CLASSIFIED INFORMATION SECURITY OFFICER**

The United States of America respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its application, the government states the following:

1. This a criminal matter involving a defendant indicted by the grand jury for Conspiracy to Commit Bank and Wire Fraud, Bank Fraud, Trafficking in One or More Unauthorized Access Devices, Possession of 15 or More Unauthorized Access Devices, and Aggravated Identity Theft.

2. The case is currently in pretrial status and the government is working to respond to the Court's inquiry of prudential search results from certain agencies in the United States

---

[1] In the original Security Procedures promulgated by Chief Justice Burger, the title of the position was Court Security Officer. In the revised Security Procedures promulgated by Chief

Intelligence Community. Any response to the Court's inquiry is considered a classified fact and will require appropriate protections.

3. The government has filed a motion for pretrial conference, pursuant to the Classified Information Procedures Act (CIPA), 18 U.S.C. App. III, § 2. The government intends to request a hearing pursuant to CIPA Section 4.

4. To assist the Court and court personnel in handling the government's CIPA motion and implementing any orders relating to the matter, the government requests that the Court designate Daniella M. Medel as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Ms. Medel is unavailable: Daniel O. Hartenstine, Matthew W. Mullery, Harry J. Rucker and Winfield S. Slade.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Joseph Misher
Joseph Misher
Special Assistant U.S. Attorney
D.C. Bar Number 1619739

Christine Macey
Assistant U.S. Attorney
D.C. Bar Number 1010730
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
Joseph.Misher@usdoj.gov
Christine.Macey@usdoj.gov

---

Justice Roberts, the position is now known as Classified Information Security Officer.