IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GEORGY KAKHOVICH KAVZHARADZE,**<br>a/k/a "TeRorPP,"<br>a/k/a "Torqovec,"<br>a/k/a "PlutuSS,"<br>a/k/a "George Kakhovich Kavzharadze,"<br><br>   *Defendant.* | Case No. 21-CR-531 (CKK) |

## ORDER

The United States of America, having applied for the appointment a Classified Information Security Officer and alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA, it is hereby ORDERED AND DECREED that the application is GRANTED.

It is further ORDERED, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, that the Court designates Daniella M. Medel as the Classified Information Security Officer in this case.  It is further ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Ms. Medel is unavailable: Daniel O. Hartenstine, Matthew W. Mullery, Harry J. Rucker, and Winfield S. Slade.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

_____
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Court