# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 21-CR-531(CKK) |
| GEORGY KAVZHARADZE ) | |
| ) | Judge Kollar-Kotelly |
| ) | |
| Defendant. ) | Status Date: 7/31/23 |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

COMES NOW Georgy Kavzharadze, through undersigned counsel, and requests a continuance of the status hearing scheduled for July 31, 2023, stating as follows:

1. Defendant has a status hearing scheduled for July 31, 2023.

2. The parties are still in the process of negotiating a potential plea in this matter. The defense also needs additional time to decide how to proceed based on information provided by the government yesterday. Therefore, the defense seeks to continue the status date in this matter.

3. Prior to the filing of this motion, undersigned counsel has communicated with government counsel to discuss this motion. The government does not oppose this motion. After joint coordination of the parties, it appears that

1

all parties are available to have this matter rescheduled for August 14, 15, 16, 28, 29 (in the afternoon), 30, 31, and September 1.

4. Defendant Kavzharadze is willing to toll the time under the Speedy Trial Act between July 31, 2023, and the next court date.

WHEREFORE, the defendant requests the court to vacate the current status date of July 31, 2023, and to set a new status date convenient for the court.

Respectfully submitted,

GEORGY KAVZHARADZE
By Counsel


    /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Georgy Kavzharadze
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

2

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 28th day of July, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Georgy Kavzharadze
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com