IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 21-CR-531(CKK) |
| GEORGY KAVZHARADZE, ) | |
| ) | Judge: Kollar-Kotelly |
| ) | |
| Defendant. ) | Status Date: 7/31/23 |

**ORDER**

Based on the representation in Defendant's Unopposed Motion to Continue Status Hearing and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the status hearing on July 31, 2023, be continued for good cause to _____, 2023, at \_\_\_\_\_ a.m./p.m.; it is further

**ORDERED** that the time between July 31, 2023 and _____ shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

1