# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    **Case No. 21-cr-531-CKK** |
| v. | : |
| | : |
| GEORGY KAKHOVICH KAVZHARADZE, | : |
|    aka "TeRorPP," | : |
|    aka "Torqovec," | : |
|    aka "PlutuSS," | : |
|    aka "George Kakhovich Kavzharadze," | : |
| | : |
|        **Defendant.** | : |

## NOTICE OF DISCOVERY

The United States of America hereby informs the Court that the attached discovery letter of August 8, 2023, has been provided to the defense in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    /s/ *Christine M. Macey*
CHRISTINE M. MACEY
D.C. Bar No. 1010730
Assistant United States Attorney
Fraud, Public Corruption, and Civil Rights Section
601 D Street, NW
Washington, D.C. 20530
(202) 252-7058
christine.macey@usdoj.gov

/s/ *Joseph A. Misher*
JOSEPH A. MISHER
D.C. Bar No. 1619739
Special Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 658-8806
Joseph.Misher@usdoj.gov