IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-531 |
| GEORGY KAVZHARADZE, | ) |
| | ) Judge: Kollar-Kottely |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE
MOTION FOR RECONSIDERATION OF
EX PARTE UNDER SEAL ORDER
OUT OF TIME**

COMES NOW Georgy Kavzharadze through counsel, and requests for leave to file its Motion for Leave to Late File his Motion for Reconsideration of Ex Parte Under Seal Order. As reasons therefor, defendant states as follows:

1. On July 20, 2023, upon information and belief, the court issued an *ex parte* order indicating that the government would not be required to provide any additional discovery based upon the defense's request from several government agencies.

2. On August 28, 2023, at the defense's request, the court set a deadline for a motion for reconsideration of August 31, 2023.

3. Due to counsel's awaiting additional information from co-counsel who represents Mr. Kavzharadze's family in Russia, who is collaborating with counsel in

1

this matter, as well as dealing with preparation for trial in a separate matter, Defendant Georgy Kavzharadze was unable to complete the matter by the deadline. Accordingly, defendant requests leave to file its motion out of time.

4. Counsel has contacted AUSA Christine Macey, who has indicated that the government does not oppose late filing of this motion, provided that defendant does not have any objection to any reciprocal request for extension of time should the need arise. Defendant Georgy Kavzharadze will not oppose such a request at that time.

WHEREFORE, for the reasons discussed above, Georgy Kavzharadze would respectfully request leave for the court to file its Motion for Consideration out of time.

> Respectfully submitted,
>
> GEORGY KAVZHARADZE
> By Counsel
>
> /s/ John L. Machado
> John L. Machado, Esq.
> Bar. No. 449961
> Counsel for Georgy Kavzharadze
> 503 D Street, N.W., Suite 310
> Washington, DC 20001
> Phone: (703) 989-0840
> E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 4th day of September, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Georgy Kavzharadze
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com