**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | )   **21-CR-531(CKK)** |
| **GEORGY KAVZHARADZE** | ) |
| | )   **Judge Kollar-Kotelly** |
| | ) |
| **Defendant.** | ) |

**ORDER**

**UPON CONSIDERATION** of Defendant's Unopposed Motion for Leave to Late File Motion for Consideration of Ex Parte Under Seal Order Out of Time, and there being no opposition from the government, and good cause having been shown, it is hereby

**ORDERED** the Motion is GRANTED. It is also hereby

**ORDERED** that the Motion for Consideration of Ex Parte Under Seal Order shall be deemed as timely filed. It is also hereby

**ORDERED** that the government shall file its response by September 7, 2023.

**SO ORDERED.**

_____
Colleen Kollar-Kotelly
U.S. District Court Judge

1