UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGY KAKHOVICH KAVZHARADZE,<br>   a/k/a "TeRorPP,"<br>   a/k/a "Torqovec,"<br>   a/k/a "PlutuSS,"<br>   a/k/a "George Kakhovich Kavzharadze,"<br><br>**Defendant.** | Case No. 21-cr-531 (CKK) |

**GOVERNMENT'S MOTION FOR ALTERNATIVE VICTIM NOTIFICATION
UNDER 18 U.S.C. § 3771(d)(2)**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby respectfully moves this Court, pursuant to Title 18, United States Code, Section 3771(d)(2), for authorization to employ the victim notification procedures described below, in lieu of those prescribed by section 3771(a), (b) and (c), on the grounds that the number of crime victims in this case makes it impracticable to accord all of the crime victims the rights described in subsection 3771(a).

The Crimes Victims' Rights Act ("the Act"), codified at 18 U.S.C. § 3771, provides certain rights to victims in federal criminal proceedings. Among these rights is the right to "reasonable, accurate, and timely notice" of public court proceedings. 18 U.S.C. § 3771(a). The Act requires "[o]fficers and employees of the Department of Justice and other departments and agencies of the United States engaged in the detection, investigation and prosecution of crime make their best efforts to see that crime victims are notified of, and accorded, the rights

1

described in subsection [3771](a)," 18 U.S.C. § 3771(c)(1), and it instructs the Court to "ensure that the crime victim is afforded" those rights. 18 U.S.C. § 3771(b).  The Act defines a crime victim as "a person directly and proximately harmed as a result of the commission of a Federal offense . . ." 18 U.S.C. § 3771(e).  Importantly, the Act recognizes that for crimes involving multiple victims, the Court has discretion to adopt procedures to accord victim rights without unduly interfering with the criminal proceedings.  Thus, 18 U.S.C. §3771(d)(2) provides:

> In a case where the court finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in subsection (a), the court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings.

The Act places no limitations on the alternative procedures which a Court may fashion other than that the procedures be reasonable to effectuate the Act and that they not unduly complicate or prolong the proceedings.  *Id*.

As stated in the indictment, working together with and using the websites operated by the administrator(s) of Slilpp, the defendant advertised for sale, and sold, login credentials for numerous online accounts.  Over the course of the scheme, the defendant sold login credentials and related personally identifiable information (PII) for over 300,000 online payment accounts, bank accounts, and other accounts.  This number of victims make compliance with the notification requirements outlined in section 3771(a), (b) and (c) impracticable.  Neither the government nor the Court has the resources to accord all of the victims in this case the notice required by subsection 3771(a).  Therefore, due to the large number of victims in this case, the Government intends to use the Justice Department's website for large cases, http://justice.gov/largecases/, to direct victims to a case-specific website where all required notices will be posted.  Should the defendant be convicted, victim notification at the corrections

stage will be provided through the Bureau of Prisons' website, www.bop.gov.

## CONCLUSION

Based on the foregoing, the government requests the Court grant the motion for alternative victim notification procedures.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ *Christine M. Macey*
      Christine M. Macey
      Assistant United States Attorney (Macey)
      Special Assistant United States Attorney (Misher)
      D.C. Bar Number 1010730 (Macey)
      D.C. Bar Number 1619739 (Misher)
      601 D Street, NW, Room 5.1519
      Washington, D.C. 20530
      (202) 252-7058 (Macey)
      (202) 658-8806 (Misher)
      Christine.Macey@usdoj.gov
      Joseph.Misher@usdoj.gov