UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGY KAKHOVICH KAVZHARADZE,<br>   a/k/a "TeRorPP,"<br>   a/k/a "Torqovec,"<br>   a/k/a "PlutuSS,"<br>   a/k/a "George Kakhovich Kavzharadze,"<br><br>            Defendant. | Case No. 21-cr-531 (CKK) |

## ORDER

Upon consideration of the Government's Motion for Alternative Victim Notification under 18 U.S.C. § 3771(d)(2), and for good cause stated therein, the Motion is hereby

GRANTED, and the Court finds that (1) the "multiple victim" provisions of 18 U.S.C. § 3771(d)(2) apply in this case; (2) it is impracticable, because of the number of victims, for the government and the Court to identify and contact all the direct and proximate victims of the charged offenses, on an individual basis, without unduly complicating or prolonging the proceedings; and (3) the proposal set forth in the government's Motion is a "reasonable procedure" to give effect to the provisions of 18 U.S.C. § 3771; and it is hereby

ORDERED, that the government may use a Department of Justice website for large cases to provide all notifications to victims in this case.

Date: _____

                                                                                            _____
                                                                                            COLLEEN KOLLAR-KOTELLY
                                                                                            United States District Court Judge