# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 21-CR-531 |
| GEORGY KAVZHARADZE, ) | |
| ) | Judge: Kollar-Kotelly |
| ) | |
| Defendant. ) | Status Date: October 16, 2023 |

## JOINT STATUS REPORT

COMES NOW Georgy Kavzharadze, by and through his attorney, John Machado, and the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and, pursuant to the court's Minute Order dated August 28, 2023, jointly file the following status report:

The parties expect this matter to be resolved via a plea agreement. Currently, the exact terms of the plea agreement are still being worked out between the parties. Given the defendant decided only a couple days ago that he wants to plead guilty, it will not be possible to meet the Court's deadlines of having executed plea paperwork submitted by today and a plea hearing held on October 16, 2023. The parties are still discussing the plea agreement, after which point the government will need to formulate a plea offer, provide victim notification of that offer, and prepare the plea paperwork.

In light of this posture, the parties are amenable to a continuance of the October 16, 2023 hearing should the Court prefer to reschedule the hearing to a later date on which the plea hearing could be held. The parties anticipate that the earliest they will be ready to have a plea hearing in this case is early to mid-November. If the Court continues the October 16, 2023 hearing, the defendant is prepared to waive his Speedy Trial rights between October 16, 2023, and the future plea date.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052 | GEORGY KAVZHARADZE<br>By Counsel |
| /s/ Christine M. Macey<br>Christine M. Macey<br>Assistant United States Attorney<br>D.C. Bar No. 1010730<br>Fraud, Public Corruption, and<br>  Civil Rights Section<br>601 D Street, N.W., Room 5-1519<br>Washington, D.C. 20530<br>(202) 252-7058<br>Christine.Macey@usdoj.gov | /s/ John L. Machado<br>John L. Machado, Esq.<br>Bar. No. 449961<br>Counsel for Georgy Kavzharadze<br>503 D Street, N.W., Suite 310<br>Washington, DC 20001<br>Phone: (703) 989-0840<br>E-mail: johnlmachado@gmail.com |

/s/ Joseph Misher
Joseph Misher
Special Assistant United States Attorney
D.C. Bar No. 1619739
(202) 658-8806
Joseph.Misher@usdoj.gov

 Dated: October 6, 2023