IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 21-CR-531 |
| GEORGY KAVZHARADZE, ) | |
| ) | Judge: Kollar-Kotelly |
| ) | |
| Defendant. ) | Anticipated Plea Date: Nov. 2, 2023 |

**JOINT STATUS REPORT**

COMES NOW Georgy Kavzharadze, by and through his attorney, John Machado, and the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and, pursuant to the court's Minute Order dated October 10, 2023, jointly file the following status report:

On October 10, 2023, this Honorable Court issued a minute order which indicated, *inter alia*: "The Court CONTINUES the status hearing scheduled for October 1, 2023 and CONVERTS it to a plea hearing on NOVEMBER 2, 2023 at 2:00 pm in Courtroom 28A. The Court ORDERS the parties to provide plea paperwork to the Court via email by no later than OCTOBER 30, 2023. Plea paperwork must include: charged offense(s) and statutory provision; charge(s) in plea and statutory provision; elements of the offense; copy of the plea agreement; penalties; and guideline calculations."

The parties continue to be in plea negotiations in this matter. Specifically, the

government has extended a plea offer, and the defense has provided counterproposals, alternate sentencing guideline calculations and/or further level enhancements/reductions. Significant progress has been made, but the parties have not been able to prepare a finalized plea agreement to submit by the Court deadline of October 30, 2023. It is expected that a resolution to this matter may be reached within a few weeks. Furthermore, there will be some necessary conditions precedent to the plea agreement, such as providing victim notification of that offer, as well as translating the plea agreement into Russian for Mr. Kavzharadze's review, before any plea can be finalized.

In light of this posture, both parties are amenable to having the plea hearing date of November 2, 2023, vacated and have a new plea paperwork deadline and/or plea hearing date set. Should the Court prefer to convert the plea hearing date of November 2, 2023, to a status hearing so that the Court can be apprised further of the status of the plea negotiations at that time, the parties are amenable to that option as well.  Given the posture of the parties, if the Court continues the November 2, 2023, hearing, the defendant is prepared to waive his Speedy Trial rights until the new court date.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052 | GEORGY KAVZHARADZE<br>By Counsel |

/s/ Christine M. Macey         
Christine M. Macey
Assistant United States Attorney
D.C. Bar No. 1010730
Fraud, Public Corruption, and
  Civil Rights Section
601 D Street, N.W., Room 5-1519
Washington, D.C. 20530
(202) 252-7058
Christine.Macey@usdoj.gov

/s/ Joseph Misher          
Joseph Misher
Special Assistant United States Attorney
D.C. Bar No. 1619739
(202) 658-8806
Joseph.Misher@usdoj.gov

Dated: October 30, 2023

/s/ John L. Machado     
John L. Machado, Esq.
Bar. No. 449961
Counsel for Georgy Kavzharadze
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com