**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**GEORGY KAKHOVICH**<br>**KAVZHARADZE,**<br>**a/k/a "TeRorPP,"**<br>**a/k/a "Torqovec,"**<br>**a/k/a "PlutuSS,"**<br>**a/k/a "George Kakhovich Kavzharadze,"**<br><br>        *Defendant.* | **Case No. 21-CR-531 (CKK)** |

<u>**JOINT STATUS REPORT AND MOTION TO CONTINUE DECEMBER 20, 2023 PLEA**</u>
<u>**HEARING AND RELATED DEADLINE**</u>

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, and Georgy Kavzharadze, by and through his attorney, John Machado, and, pursuant

to the Court's Minute Order dated November 1, 2023, jointly file the following status report and

motion to continue the plea hearing currently scheduled for December 20, 2023 and related

deadline.

      1.     The parties have continued negotiations of a plea agreement since filing the most

recent joint status report on October 30, 2023 (ECF No. 39).

      2.     The parties believe they have reached an agreement but are unable to meet the

Court's deadline of today, December 15, 2023, to submit executed plea paperwork. The discussion

between the parties has taken longer than the parties anticipated, for reasons that we are prepared

to discuss at the bench.

      3.     The parties anticipate the plea paperwork will be drafted before the end of

December 2023.   The plea paperwork will require translation from English to the defendant's

native language of Russian.    Translation may require two or more weeks to accomplish. Consequently, the parties anticipate filing the paperwork by approximately January 10, 2024.

4.    Accordingly, the parties request an extension of the December 15, 2023 plea paperwork filing deadline and a continuance of the December 20, 2023 plea hearing. If the Court is amenable to this proposed schedule, the parties are available to schedule the plea hearing on January 15th, 18th, and 19th except the morning of January 19th from 9:00-11:00 a.m. The defendant is prepared to waive his Speedy Trial rights between December 20, 2023, and the future plea date. To the extent the Court would still like the parties to appear for the December 20, 2023 hearing despite not being in a position to conduct a plea hearing, we remain available.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


/s/ *Christine M. Macey*                   
CHRISTINE M. MACEY
Assistant United States Attorney
D.C. Bar No. 1010730
Fraud, Public Corruption, and
Civil Rights Section
601 D Street, N.W., Room 5-1519
Washington, D.C. 20530
(202) 252-7058
Christine.Macey@usdoj.gov

/s/ *John L. Machado*    
John L. Machado, Esq.
Bar. No. 449961
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com
*Counsel for Georgy Kavzharadze*

.

2

/s/ *Joseph A. Misher*
Joseph A. Misher
Special Assistant United States Attorney
D.C. Bar No. 1619739
601 D Street NW
Washington, DC 20530
(202) 658-8806
Joseph.Misher@usa.doj.gov

Dated: December 15, 2023