IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGY KAKHOVICH KAVZHARADZE,<br>a/k/a "TeRorPP,"<br>a/k/a "Torqovec,"<br>a/k/a "PlutuSS,"<br>a/k/a "George Kakhovich Kavzharadze,"<br><br>*Defendant.* | Case No. 21-CR-531 (CKK) |

**ORDER**

Upon consideration of the Joint Status Report and Motion to Continue December 20, 2023's plea hearing and related deadline, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the plea hearing and plea paperwork filing deadline as to GEORGY KAKHOVICH KAVZHARADZE are reset.   The plea paperwork is now due by _____.   The plea agreement hearing is set for _____ in Courtroom 28A.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

4