IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGY KAKHOVICH KAVZHARADZE,<br>a/k/a "TeRorPP,"<br>a/k/a "Torqovec,"<br>a/k/a "PlutuSS,"<br>a/k/a "George Kakhovich Kavzharadze,"<br><br>*Defendant.* | Case No. 21-CR-531 (CKK) |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE JANUARY 19, 2024 PLEA HEARING AND RELATED DEADLINE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files the following motion to continue the plea hearing currently scheduled for January 19, 2024, as well as the related deadline of January 12, 2024 to submit signed plea paperwork to the Court.

1. The parties believe they have reached an agreement but are unable to meet the Court's deadline of today, January 12, 2024, to submit executed plea paperwork. The government has continued to work on extending a plea offer since the last joint status report filed on December 18, 2023 (ECF No. 40).

2. The government encountered delays during formulation of the plea paperwork and identified additional discoverable documents requiring production to the defendant. The documents identified required significant analysis to attribute loss figures relevant to the plea agreement and this case. The government anticipates production of the documents and plea offer by January 19, 2024.

3.      The plea paperwork will then require translation from English to the defendant's native language of Russian. Translation is expected to take at least a week but may take longer. The parties anticipate being able to have the paperwork translated and ready to file with the Court by approximately February 5, 2024.

4.      Accordingly, the government requests an extension of the January 12, 2024 plea paperwork filing deadline and a continuance of the January 19, 2024 plea hearing. If the Court is amenable to this proposed schedule, the parties are available to schedule the plea hearing the week of February 12, 2024. Specifically, the parties are available for a plea hearing on February 12 (after 11:00 a.m.); any time on February 13 or 14; and February 16 (from 11:00 a.m. to 1:00 p.m., and 3:00 p.m. or later).

5.      Counsel informed undersigned counsel that the defendant does not oppose this motion.

6.      Additionally, the defendant is prepared to waive his Speedy Trial rights between January 19, 2024, and the future plea date. To the extent the Court would still like the parties to appear for the January 19, 2024 hearing despite not being in a position to conduct a plea hearing, we remain available.

*[intentionally left blank]*

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


/s/ *Christine M. Macey*
CHRISTINE M. MACEY
Assistant United States Attorney
D.C. Bar No. 1010730
Fraud, Public Corruption, and
Civil Rights Section
601 D Street, N.W., Room 5.1519
Washington, D.C. 20530
(202) 252-7058
Christine.Macey@usdoj.gov


/s/ *Joseph A. Misher*
Joseph A. Misher
Special Assistant United States Attorney
D.C. Bar No. 1619739
601 D Street NW
Washington, DC 20530
(202) 658-8806
Joseph.Misher@usa.doj.gov

Dated:  January 12, 2024